UNITED STATES BANKRUPTCY COURT      **Presentment Date: May 31, 2019**
SOUTHERN DISTRICT OF NEW YORK      **Time:  12:00 P.M.**
POUGHKEEPSIE DIVISION

-------------------------------------------------------X

In Re:

                                          Case No. 19-35325 (cgm)

          PEGGY BRADY,

                                          Chapter 13

                 Debtor(s).

-------------------------------------------------------X

## NOTICE OF MOTION TO EMPLOY RE/MAX CLASSIC REALTY AS REAL ESTATE BROKER ON PRESENTMENT

**SIRS:**

         **PLEASE TAKE NOTICE** that upon the annexed application of Peggy Brady, ("Debtor")

the undersigned will present to the Honorable Cecilia G. Morris, United States Bankruptcy Judge, for

signature on May 31, 2019 at 12:00 P.M. The annexed proposed order pursuant to section 327(a) of

the Bankruptcy Code seeking authority to employ and appoint RE/MAX Classic Realty as the real

estate broker.

         **PLEASE TAKE FURTHER NOTICE** that unless written objection to the proposed order

with proof of service are filed with the Clerk of the court, and courtesy copies delivered to the

Bankruptcy Judge's Chambers, at least one (1) day before the date of presentment, there will not be a

hearing and the Order may be signed on default.

Dated: Carmel, New York
       May 16, 2019

                                 Yours, etc.,

                                 THE LAW OFFICE OF RICK S. COWLE, P.C.
                                 *Attorneys for Debtor*

                 By:      /s/Rick S. Cowle
                                 Rick S. Cowle, Esq.
                                 18 Fair Street
                                 Carmel, New York, 10512
                                 (845) 225-3026

**TO: ALL CREDITORS AND PARTIES IN INTEREST**